Opinion issued June 19, 2008












In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00668-CR






RAMSEY TREVINO Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 1107698






MEMORANDUM OPINION

 Appellant, Ramsey Trevino, appeals the trial court's judgment. In a single issue,
appellant contends that the trial court's sentence of ten years imprisonment and $500
was grossly disproportionate to the offense for which he was convicted. Appellant
acknowledges that error was not preserved because his trial counsel did not object or
file a motion for new trial. See Tex. R. App. P. 33.1 (requiring that party present
complaint to trial court by timely, specific objection or motion and obtain ruling from
trial court to preserve complaint for appellate review). He argues that Tex. R. App. P.
33.1(a) provides an exception when the specific grounds of a party's complaint are
apparent from the record, which, he contends is the situation here.

 We rejected this argument in Jacoby v. State. 227 S.W.3d 128, 130-31 (Tex.
App.--Houston [1st Dist.] 2006, pet. ref'd). A challenge to the proportionality of a
sentence may not be raised for the first time on appeal. Id. 

 Because this issue is not preserved, we overrule appellant's only issue, and we

 affirm the judgment of the trial court.




 Sam Nuchia

 Justice


Panel consists of Justices Nuchia, Alcala, and Hanks


Do not publish. Tex. R. App. P. 47.2(b).